AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

OCT 30 2019

David J. Bradley, Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Francisco Enriquez | ) | Case No. M-19-2665-M |
| YOB: 1953, United States of America | ) | |
| | ) | |
| Defendant(s) | ) | |

## SEALED CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __10/30/2019__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2252A(a)(2)(A) | Receipt of Child Pornography |

This criminal complaint is based on these facts:

See "Attachment A"

☑ Continued on the attached sheet.

Approved AUSA Mike Mitchell 10/30/19

_____
Complainant's signature

Andrew Bonneau Special Agent/ HSI
Printed name and title

Sworn to before me and signed in my presence.

Date: 10/30/19 – 5:14 pm

_____
Judge's signature

City and state: McAllen, Texas

Honorable Magistrate Judge Juan F. Alanis
Printed name and title

ATTACHMENT "A"

On or about April 16, 2019, Homeland Security Investigations (HSI) Rio Grande Valley Child Exploitation Investigations Task Force (RGV CEITF) Special Agent (SA) Andrew Bonneau began an internet investigation to identify persons using peer-to-peer (P2P) software on the internet that traffic in child pornography. SA Bonneau identified a computer, located at internet protocol (IP) address 66.68.206.152, offering to participate in the distribution of images and videos of child pornography, utilizing a P2P software. Several videos were obtained from IP address 66.68.206.152, and reviewed as representative samples. It was determined that the videos meet the federal definition of child pornography. Subsequent investigation revealed that IP address 66.68.206.152 was utilized from an office located at 4200 Bicentennial Drive, Suite B, McAllen, Texas.

On Wednesday, October 30, 2019, the HSI RGV CEITF executed a search warrant at the office located at 4200 Bicentennial Drive, Suite B, McAllen, Texas. Agents learned this office belongs to the Defendant Frank ENRIQUEZ (DOB 06/07/1953). The searched revealed that a P2P file sharing software, often used to share child pornography, had been installed on a computer located within the office. Additionally, agents located child pornography on multiple devices found in the Defendant's office. Subsequently, ENRIQUEZ admitted that he is familiar with BitTorrent, a P2P file sharing software.