United States District Court
Southern District of Texas
**ENTERED**
November 19, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. M-19-2665-M |
| FRANCISCO ENRIQUEZ | § | |

**ORDER**

Came on to be considered Government's Motion to Dismiss Criminal Complaint numbered M-19-2665-M without prejudice against FRANCISCO ENRIQUEZ for the stated reason that the defendant is deceased. It is the opinion of this Court that said motion should be GRANTED.

It is ORDERED that the Criminal Complaint numbered M-19-2665-M against FRANCISCO ENRIQUEZ be dismissed without prejudice.

It is further ORDERED that a copy of this Order be given to the U.S. Marshals Service and counsel for the Government.

SIGNED at McAllen, Texas on this the 19th day of November, 2019.

JUAN F. ALANIS
UNITED STATES MAGISTRATE JUDGE